In re Gary D. COCHRAN, Rudolph Bergsma and Rosemary Bergsma.

No. 2011–1225.
(Serial No. 11/052, 155).

United States Court of Appeals, Federal Circuit.

Dec. 13, 2011.

George L. Boller, of Livonia, MI, argued for appellants.

Farheena Y. Rasheed, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA argued for appellee. With her on the brief were Raymond T. Chen, Solicitor and Scott C. Weidenfeller, Associate Solicitor.

NEWMAN, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**